IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES JOHN RODGERS, #186617** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:16cv370-HSO-RHW |
| | § | |
| **PELICIA HALL,** *Commissioner, Mississippi Department of Corrections***, and RONALD KING,** *Superintendent, Central Mississippi Correctional Facility* | § | **RESPONDENTS** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [11] of United States Magistrate Judge Robert H. Walker, entered in this case on June 5, 2019. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [11], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 30th day of January, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE